AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations                                                         #7666

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **JEREMY LEE WEEKLEY** | |

CASE NUMBER:   1:05-00004-001
USM NUMBER:   08883-003

**THE DEFENDANT:**                                     Fred Tiemann
                                                                    **Defendant's Attorney**

(x)   admitted guilt to violation of supervision condition(s):   Statutory Condition
( )    was found in violation of supervision condition(s):   _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Statutory Condition | New Offense | 7/11/2012 |

   **The defendant is sentenced as provided in page 2 of this judgment.   The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Mailing Address:**                            December 19, 2012
120 Montclair Place                                                 Date of Imposition of Judgment
Daphne, AL   36526


                                                                         s/Kristi K. DuBose
                                                                         UNITED STATES DISTRICT JUDGE


                                                                         December 27, 2012
                                                                         Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant:  JEREMY LEE WEEKLEY
Case Number:  1:05-00004-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of  **TWENTY-FOUR (24) MONTHS; SAID TERM TO RUN CONCURRENTLY WITH THE CUSTODY SENTENCE IMPOSED IN CR 12-00162-001.**

( )  The court makes the following recommendations to the Bureau of Prisons:

(X)  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:
 ( )  at ___ .m. on ___.
 ( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 ( )  before 2 p.m. on _____.
 ( )  as notified by the United States Marshal.
 ( )  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant  delivered  on  _____  to ___ at _____

with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal